# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPTEK, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SYNAPTEK CORPORATION, a Virginia corporation, <br><br> Defendant. | CASE NO. 8:16−cv−01838 CJC(JDEx) <br><br> Honorable Cormac J. Carney <br><br> **ORDER OF DISMISSAL** <br><br><br> Complaint Filed: October 7, 2016 |

|   |   |
|---|---|
| 1 | Pursuant to the parties' "Stipulation of Dismissal With Prejudice," and good |
| 2 | cause appearing therefore, |
| 3 | IT IS HEREBY ORDERED that the above-referenced action between |
| 4 | Plaintiff Synoptek, LLC and Defendant Synaptek Corporation, including all claims |
| 5 | and counterclaims, is hereby dismissed with prejudice pursuant to the terms of a |
| 6 | confidential settlement agreement. Pursuant to the stipulation, the Court shall |
| 7 | retain jurisdiction to enforce the terms of the settlement agreement for a period of |
| 8 | two years from the date hereof. |

IT IS SO ORDERED.

DATED: November 8, 2018        By: _____
                                   Cormac J. Carney
                                   United States District Judge